UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBIN GORDY-BUTLER**            ) | |
| )| |
| Plaintiff,                ) | Case No. 15-CV-00446 -LDD |
| ) | |
| vs.                                            ) | |
| ) | |
| **FEDERAL EXPRESS CORPORATION**  ) | |
| ) | |
| Defendant.              ) | |

### STIPULATION OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

NOW COME the parties, Robin Gordy-Butler ("Plaintiff") and Federal Express Corporation ("Defendant"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to file this Stipulation of Voluntary Dismissal *With Prejudice* as to all of Plaintiff's claims against Defendant, which consist of pregnancy/gender discrimination in violation of Title VII of the Civil Rights Acts of 1964, as amended, and the Pennsylvania Human Relations Act (PHRA).

Each party shall be responsible for its own costs.

SUBMITTED:  August 17, 2015.

| | |
|---|---|
| /s/ David M. Koller | /s/ Terrence O. Reed |
| David M. Koller, Esq. | Terrence O. Reed (admitted *pro hac vice*) |
| Erin W. Grewe, Esquire | Attorney for Defendant |
| Koller Law P.C. | 3620 Hacks Cross Rd. |
| 2043 Locust Street, Suite 1B | Bldg. B – 2nd Floor |
| Philadelphia, PA 19103 | Memphis, TN. 38125 |
| davidk@philllyhometownlawyer.com | terrence.reed@fedex.com |

Attorneys for Plaintiff

2

                            Jason W. Norris (PA ID 93947)
                            Senior Counsel
                            FedEx Ground
                            1000 FedEx Drive
                            Moon Township, PA 15108
                            (412) 859-5720
                            jason.norris@fedex.com

                            Attorneys for Defendant

1130413